UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NABIL T KHOURY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-04806 |
| | § | |
| ARCHANA THOTA | § | |
| and | § | |
| DOES 1 THROUGH 10 INCLUSIVE | § | |
| and | § | |
| ROES 11 THROUGH 20 INCLUSIVE, | § | |
| | § | |
| Defendants. | § | |

**ORDER FOLLOWING TELEPHONE CONFERENCE
HELD ON July 7, 2020 at 9:00 AM**

Appearances:     Benjamin Jefferson Hamrick
                 Charles W. Gameros, Jr.
                 (Court Reporter: F. Warner)

The following rulings were made:

The defendants' motion to set aside order for entry of default (Dkt. No. 10) is matter is

under advisement.

It is so ORDERED.

SIGNED on this 7th day of July, 2020.

_____
Kenneth M. Hoyt
United States District Judge