United States District Court
Southern District of Texas
**ENTERED**
September 03, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NABIL T KHOURY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-04806 |
| | § | |
| ARCHANA THOTA, *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON September 3, 2020 at 9:00 AM**

Appearances: Waived

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | September 20, 2020 |
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | February 1, 2021 |
| Report furnished by: | February 1, 2021 |
| Defendant's experts to be designated by: | March 1, 2021 |
| Report furnished by: | March 1, 2021 |
| Discovery to be completed by: | April 30, 2021 |
| Dispositive motions due by: | May 20, 2021 |
| Docket call to be held at 11:30 AM on: | July 12, 2021 |
| Estimated trial time: TBA | Jury Trial |

The following rulings were made:

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on this 3rd day of September, 2020.

_____
Kenneth M. Hoyt
United States District Judge