# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **Nabil T. Khoury, M.D.** | § § § | NOTICE OF APPEAL |
| | § | No. 19-4806 |
| **Plaintiff,** | § § | |
| v. | § § | |
| **Archana Thota, M.D.; Apollo Healthcare at Willowbrook, LLC; Willowbrook Med Properties, LLC; DOES 1-10, inclusive; and ROES 11-20, inclusive,** | § § § § § § | |
| **Defendants.** | § § § | |

Notice is hereby given that Nabil Khoury, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from an order dismissing his lawsuit, without prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6), entered in this action on the 1st day of October 2020.

        Respectfully submitted,

        WALTON & WALTON, LLP

        By: <u>B. Jeff Hamrick</u>
            B. Jeff Hamrick, Esq.
            Texas Bar No. 24046018
              JHamrick@taxtriallawyers.com
            26618 Heatherbriar Lane

Katy, Texas 77494  
Telephone: (310) 496-5835  
Facsimile: (310) 464-3057

**COUNSEL FOR PLAINTIFF, NABIL KHOURY, M.D.**

## CERTIFICATE OF SERVICE

    I certify that service of this document on counsel of record will be accomplished automatically through Notice of Electronic Filing on November 2, 2020, as follows:

        Charles W. Gameros, Jr., P.C.
        State Bar No. 00796596
        HOGE &GAMEROS, L.L.P.
        6116 North Central Expressway, Ste. 1400
        Dallas, Texas 75206

Dated: November 2, 2020                  /s/ B. Jeff Hamrick
                                                    B. Jeff Hamrick