# United States Court of Appeals for the Fifth Circuit

No. 20-20578

A True Copy
Certified order issued Dec 09, 2020

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

Medical Doctor Nabil T. Khoury,

*Plaintiff—Appellant,*

versus

Medical Doctor Archana Thota; Does 1 through 10, inclusive; Roes 11 through 20 inclusive; Apollo Healthcare at Willowbrook, L.L.C.; Willowbrook Med Properties, L.L.C.,

*Defendants—Appellees.*

United States Courts
Southern District of Texas
FILED
December 09, 2020
David J. Bradley, Clerk of Court

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-4806

CLERK'S OFFICE:

Under 5ᵀᴴ Cir. R. 42.3, the appeal is dismissed as of December 9, 2020, for want of prosecution. The appellant failed to timely file for transcript and make financial arrangements with the court reporter.

No. 20-20578

                                  LYLE W. CAYCE
                                  Clerk of the United States Court
                                  of Appeals for the Fifth Circuit

By: _____
      Christina A. Gardner, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

2

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 09, 2020

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 20-20578    Nabil Khoury v. Archana Thota, et al
                      USDC No. 4:19-CV-4806

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Christina A. Gardner, Deputy Clerk
                              504-310-7684

cc w/encl:
    Mr. Charles William Gameros Jr.
    Mr. Benjamin Jefferson Hamrick